IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00353-KAS

JOHN BAIN, Individually and for Others Similarly Situated,

    Plaintiff,

v.

MPC HOLDINGS, INC. D/B/A PLATTE RIVER INSPECTION SERVICES,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on **Bain's Stipulation of Dismissal Without Prejudice** [#17] ("Stipulation) filed pursuant to Fed. R. Civ. P. 41(a)(1). Fed. R. Civ. P. 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action "without a court order by filing: . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"

    The Court will treat the Stipulation [#17] as a notice of dismissal. Because Defendant has not filed an answer or a motion for summary judgment in this action,

    IT IS HEREBY **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of Court shall close this case.

    Dated:   August 10, 2023